JESSIE DE MERCADO, Appellant, Respondent, v. HECLA GOWN COMPANY, INC., Respondent, Appellant.— Order reversed, with ten dollars costs and disbursements to defendant, and plaintiff's motion denied,·with ten dollars costs, and original order for examination reinstated. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

GEORGE S. GULLETTE, Appellant, v. LEONARD J. FIELD, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present —Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

LOUIS CAHN, Respondent, v. CYRUS GRAY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to change venue granted on condition that defendant stipulate that the examination of plaintiff's physician be taken in Bronx county before trial. No opinion. Order to be settled on notice. Present.— Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

HANNAH C. DENNIN, Appellant, v. IDA J. ANGLE and Another, as Executors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

MINNIE FROMOWITZ and Another, as Administrators, etc., Appellants, v. FIFTH AVENUE COACH COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

HARRY MARCUS, Appellant, v. CENTRAL OF GEORGIA RAILWAY COMPANY, Respondent. HERMAN COHEN, Appellant, v. CENTRAL OF GEORGIA RAILWAY COMPANY, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

LEVINE BROS., INC., Appellant, v. NATHAN STREITMAN, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion granted on the authority of *Mutual Milk & Cream Co.* v. *Heldt* (120 App. Div. 795). Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GIB YOUNG.— Motion granted. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ISIDOR WEISBROT.— Motion granted. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.